**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00899-CR

### ERICA RANE BOWLING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82504-2017**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the December 20, 2018 motion of

Maria Tu for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the

Court to remove Maria Tu as counsel of record for appellant. We **DIRECT** the Clerk of the

Court to send a copy of this order and all future correspondence to Erica Rane Bowling, TDCJ

No. 02217463, Hilltop Unit, 1500 State School Road, Gatesville, Texas, 76598-2996.

/s/    BILL PEDERSEN, III
        JUSTICE